

Gilbert Martinez #2301684
P.O. Box 4970
Orlando, FL 32802

United States District Court
401 W. Central Blvd, Suite 1200
Orlando, FL 32801-0120



This Correspondence Originated From a Correctional Facility